# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Ramirez,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona State Treasurer,<br><br>    Defendant. | **NO. CV-17-02024-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 20, 2018, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                              Brian D. Karth
                                              District Court Executive/Clerk of Court

June 20, 2018

                                              s/ Michelle Sanders
                                       By   Deputy Clerk